UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER E. CASTRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. NEALL & ASSOCIATES, P.C., et al.,<br><br>Defendants. | Case No. 2:18-cv-02634-KJM-DB<br><br><br><br>ORDER |

Although defendants have not yet appeared in this action, plaintiffs' counsel indicated to the court that settlement discussions were ongoing. ECF No. 5. In light of plaintiffs' counsel's representations, on February 13, 2019, the court ordered the parties to file no later than March 11, 2019 either dispositional documents or a joint report indicating the status of their settlement discussions. ECF No. 6. That deadline passed without any filing. Accordingly, within seven (7) days, plaintiffs are ORDERED to SHOW CAUSE why they should not be sanctioned $250 for noncompliance with the court's order or why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: April 5, 2019.

UNITED STATES DISTRICT JUDGE

1